| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Ishii, Anthony W. | 2. Court or Organization<br><br>U.S. District Court Eastern District of California | 3. Date of Report<br><br>04/10/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>U.S. District Court<br>2500 Tulare Street<br>Fresno, CA 93721 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | THE A & J ISHII TRUST |
| 2. | Trustee | By-Pass Trust of Joe & Chisako Ishii FBO Anthony Ishii |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1994 | California Judges Retirement System; retirement benefits based upon age and years of service |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | California Judges Retirement System | $106,851.20 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | California Public Employees' Retirement System |
| 2. | 2017 | Fresno County Employees' Retirement Association |
| 3. | 2017 | Pacific Gas & Electric Company Retirement System |
| 4. | 2017 | Insure America Project - Salary |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ishii Bros., Inc. Common Stock | | None | N | U | | | | | |
| 2. Invesco Van Kampen Comstock Fund | A | Dividend | K | T | | | | | |
| 3. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 4. Davis New York Venture A | A | Dividend | K | T | | | | | |
| 5. Morgan Stanley Focus Growth Fund | A | Dividend | K | T | | | | | |
| 6. Templeton Foreign Fund A | A | Dividend | J | T | | | | | |
| 7. Morgan Stanley Private Bank NA | A | Interest | L | T | | | | | |
| 8. AT&T Inc. Common Stock | A | Dividend | J | T | | | | | |
| 9. Alcoa Corp. Common Stock | A | Dividend | J | T | | | | | |
| 10. Arconic Inc. Common Stock | A | Dividend | J | T | | | | | |
| 11. Cisco Sys. Inc. Common Stock | A | Dividend | K | T | | | | | |
| 12. General Electric Co. Common Stock | A | Dividend | J | T | | | | | |
| 13. Trust #1 | C | Int./Div. | M | T | | | | | |
| 14. - Morgan Stanley Bank Account | A | Interest | K | T | | | | | |
| 15. - AT&T Inc. Common Stock | B | Dividend | K | T | | | | | |
| 16. - Cisco Sys. Inc. Common Stock | B | Dividend | K | T | | | | | |
| 17. - General Electric Co. Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Davis New York Venture C | A | Dividend | J | T | | | | | |
| 19. - Kaiser Aluminum Corp Common Stock | A | Dividend | K | T | | | | | |
| 20. American Wa Mutual A | A | Dividend | K | T | | | | | |
| 21. Franklin Gold & Prec Metals A | A | Dividend | J | T | | | | | |
| 22. Trust #2 | E | Distribution | O | T | | | | | |
| 23. -FNMA 3128LBTX6 | A | Interest | J | T | | | | | |
| 24. -FNMA 31283HUD5 | A | Interest | J | T | | | | | |
| 25. -FONTANA 344619HG9 | A | Interest | | | Redeemed | 12/11/17 | J | A | |
| 26. -STOCKTON 861395CB5 | A | Interest | K | T | | | | | |
| 27. -ABAG FIN 00257EAQ2 | A | Interest | K | T | | | | | |
| 28. -IMPAC SECURED ASSETS 452570AE4 | A | Interest | L | T | Buy | 03/24/17 | L | | |
| 29. -GNMA POOL MA4325M 36179SYW1 | B | Interest | K | T | Buy | 06/15/17 | K | | |
| 30. -TERWIN MORT TR 881561CB8 | A | Interest | M | T | Buy | 06/20/17 | M | | |
| 31. -CA HEALTH 2016A 13032UGD4 | A | Interest | K | T | Buy | 06/30/17 | K | | |
| 32. -MORGAN STANLEY ML 61762TAK2 | A | Interest | K | T | Buy | 08/31/17 | K | | |
| 33. -CALIFORNIA ST ADV 13080SJN5 | B | Interest | K | T | Buy | 10/27/17 | K | | |
| 34. -HEALTH FAC SER 2017A 13032UNG9 | A | Interest | J | T | Buy | 11/21/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -SUNNYVALE 867570CB7 | A | Interest | J | T | | | | | |
| 36. -POMONA CA 73208TPQ0 | A | Interest | J | T | | | | | |
| 37. -CA STATEWIDE 1309116N5 | B | Interest | | | Redeemed | 04/03/17 | K | A | |
| 38. -BEAUMONT 074406JY6 | A | Interest | | | Redeemed | 09/01/17 | J | A | |
| 39. -ANAHEIM CA 03255LDU0 | A | Interest | K | T | | | | | |
| 40. -ANAHEIM CA 03255LEG0 | A | Interest | K | T | | | | | |
| 41. -RIVERSIDE 769123EY2 | A | Interest | | | Redeemed | 10/02/17 | J | A | |
| 42. -SAN MARCOS 79875WJQ9 | A | Interest | K | T | | | | | |
| 43. -LAMMERSVIL 513539BH8 | A | Interest | | | Redeemed | 09/01/17 | J | A | |
| 44. -SAN JOSE 798147U36 | A | Interest | K | T | | | | | |
| 45. -MORENO VAL 616908AT6 | A | Interest | | | Redeemed | 09/25/17 | J | A | |
| 46. -IMPERIAL CA 452673BS4 | A | Interest | | | Redeemed | 12/01/17 | J | A | |
| 47. -SAN JOSE 798147U77 | A | Interest | J | T | | | | | |
| 48. -CA STATEWIDE 130795CN5 | A | Interest | | | Redeemed | 08/15/17 | J | A | |
| 49. -CA STATEWIDE 130795PT8 | A | Interest | | | Redeemed | 12/01/17 | K | A | |
| 50. -CA HEALTH 13033F3A6 | A | Interest | J | T | | | | | |
| 51. -CA STATEWIDE 130795CQ8 | B | Interest | | | Redeemed | 08/15/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -ELK GROVE 287290LE8 | A | Interest | J | T | | | | | |
| 53. -LOS ANGELES 54439NCL9 | A | Interest | | | Redeemed | 09/01/17 | J | A | |
| 54. -UPLAND CA 915346FJ4 | A | Interest | J | T | | | | | |
| 55. -SAN FRAN 79771PT21 | A | Interest | J | T | | | | | |
| 56. -PALM DES 696617SZ3 | A | Interest | | | Redeemed | 04/03/17 | J | A | |
| 57. -RIVERSIDE 76911PMQ2 | A | Interest | K | T | | | | | |
| 58. -TRACY CA 892397HL7 | A | Interest | J | T | | | | | |
| 59. -ABAG FIN 00037CTL4 | A | Interest | J | T | | | | | |
| 60. -CA SCH 13058TAC4 | A | Interest | J | T | | | | | |
| 61. -CA SCH 13058TAB6 | A | Interest | J | T | | | | | |
| 62. -CORONA 21976TGH9 | A | Interest | J | T | | | | | |
| 63. -SAN FRAN 79772AAV9 | A | Interest | J | T | | | | | |
| 64. -SAN DIEGO 79727QBZ0 | A | Interest | K | T | | | | | |
| 65. -AGOURA HLS 00848QBZ0 | A | Interest | J | T | | | | | |
| 66. -BEAUMONT 074406QW2 | A | Interest | J | T | | | | | |
| 67. -CWHEQ 12668GAE2 | B | Interest | K | T | | | | | |
| 68. -CARRINGTON 14453MAE4 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -COUNTRYWIDE 12668XAD7 | B | Interest | K | T | | | | | |
| 70. -CWHEQ 12669RAC1 | B | Interest | J | T | | | | | |
| 71. -FNMA 31359VQ48 | A | Interest | J | T | | | | | |
| 72. -FNMA 31392FVB0 | A | Interest | J | T | | | | | |
| 73. -RENAISSANCE 759950CY2 | A | Interest | | | Sold | 09/27/17 | J | A | |
| 74. -ADJUSTABLE 007036HX7 | A | Interest | J | T | | | | | |
| 75. -CHL MORTGAGE 12669FP56 | A | Interest | K | T | | | | | |
| 76. -MORGAN STANLEY 6175KAG0 | A | Interest | | | Redeemed | 09/18/17 | K | A | |
| 77. -CARRINGTON MORT 14453MAE | A | Interest | K | T | | | | | |
| 78. -CARRINGTON MORT 14453MAB0 | A | Interest | J | T | | | | | |
| 79. -BANC OF AMER 05950WAJ7 | A | Interest | K | T | | | | | |
| 80. -JP MORGAN 46630JAE9 | A | Interest | K | T | | | | | |
| 81. -BEAR STEARNS 07388RAG2 | A | Interest | | | Redeemed | 10/11/17 | K | A | |
| 82. -CHL MORTGAGE 12669FP56 | A | Interest | K | T | | | | | |
| 83. -MORGAN STANLEY 6175KAG0 | A | Interest | | | Redeemed | 09/18/17 | K | A | |
| 84. -CARRINGTON MORT 14453MAE4 | A | Interest | K | T | | | | | |
| 85. -BEAR STEARNS 07388RAG2 | A | Interest | | | Redeemed | 10/11/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -SOLANO BEACH 83412VBT5 | A | Interest | K | T | | | | | |
| 87. -CARRINGTON MTG 14453MAB0 | A | Interest | J | T | | | | | |
| 88. -BANC OF AMER 05950WAJ7 | A | Interest | K | T | | | | | |
| 89. -ANAHEIM CA 03255LEG0 | A | Interest | K | T | | | | | |
| 90. -SAN MARCOS 79875WJQ9 | A | Interest | K | T | | | | | |
| 91. -CA STATEWIDE 130795CP0 | A | Interest | | | Redeemed | 08/15/17 | J | A | |
| 92. -CA STATEWIDE 130795CQ8 | A | Interest | | | Redeemed | 08/15/17 | K | A | |
| 93. -CA STATE PUB WKS 1306852U3 | A | Interest | J | T | | | | | |
| 94. -SAN JOSE CA REDEV 798147W59 | A | Interest | K | T | | | | | |
| 95. -PALM DESERT CA 696617SZ3 | A | Interest | | | Redeemed | 04/03/17 | J | A | |
| 96. -RIVERSIDE CNTY CA 76911PMS8 | A | Interest | K | T | | | | | |
| 97. -MURRIETA CA 62720AAS5 | A | Interest | J | T | | | | | |
| 98. -FREDDIE MAC CMO 31393H6X5 | A | Interest | J | T | | | | | |
| 99. -GS MTG SECS 36228FUF1 | A | Interest | K | T | | | | | |
| 100. -MASTR ALTERN LN 576434ZZ0 | A | Interest | J | T | | | | | |
| 101. -CSFB MORTGAGE 225470DU4 | A | Interest | J | T | | | | | |
| 102. -CWHEQ HOME EQ 12668GAE2 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -CARRINGTON MTG 14453MAE4 | A | Interest | K | T | | | | | |
| 104. -COUNTRYWIDE 12668XAC9 | A | Interest | J | T | | | | | |
| 105. -COUNTRYWIDE 12668XAD7 | A | Interest | K | T | | | | | |
| 106. -CWHEQ HOME EQ 12669RAC1 | A | Interest | J | T | | | | | |
| 107. -IMPAC SECURED ASSETS 452570AE4 | A | Interest | L | T | Buy | 03/24/17 | J | | |
| 108. -LIVERMORE CA 538169CL5 | B | Interest | K | T | Buy | 06/15/17 | K | | |
| 109. -GNMA POOL MA4325M 36179SYW1 | B | Interest | K | T | Buy | 06/15/17 | K | | |
| 110. -TERWIN MORT TR 881561CB8 | A | Interest | M | T | Buy | 06/20/17 | M | | |
| 111. -CA HEALTH 2016A 13032UGD4 | A | Interest | K | T | Buy | 06/30/17 | K | | |
| 112. -MORGAN STANLEY ML 61762TAK2 | A | Interest | K | T | Buy | 08/31/17 | K | | |
| 113. -LOS BANOS CA USD 545438DW0 | A | Interest | K | T | Buy | 09/21/17 | K | | |
| 114. -CALIFORNIA ST ADV 13080SJN5 | B | Interest | K | T | Buy | 10/27/17 | K | | |
| 115. -HEALTH FAC SER 2017A 13032UNG9 | A | Interest | J | T | Buy | 11/21/17 | J | | |
| 116. -Silverlake 7-11 LLC (Los Angeles, CA) | E | Rent | N | S | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W. | 04/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.  Investments and Trusts

Line 116  Silverlake 7-11 LLC (Los Angeles, CA)  - In Column C(2) Value Method Code 3, I used value method code "S" (Assessment), which requires that I show in Part VIII the amount of the assesed value. As I had reported in my2016 Financial Disclosure Report, in Part VIII. Additional Information or Explanations, On 10-05-2015, Silverlake 7-11 LLC was recorded with the Office of the Assessor, County of Los Angeles. On 08-19-2016, the Office of the Assessor completed its Investigation of Ownership Change and approved a Change of Ownership Exclusion pursuant to Californai Revenue and Taxation Code Section 62(a)(2). On 08-19-2016, the Office of the Assessor determined the value of the asset to be $327,562.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Anthony W. Ishii**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544